Case No. 8:20-cv-02043-JLS-JDE  Date: June 28, 2021
Title: Gene Moran v. Office Depot, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present   Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE WITHOUT PREJUDICE TO REFILING IN STATE COURT**

    The Court is in receipt of the parties' responses to its Order to Show Cause ("OSC") why this action should not be dismissed for lack of subject-matter jurisdiction. (Defendant's Reply, Doc. 32; Plaintiff's Reply, Doc. 33.) Neither Plaintiff nor Defendant contend that the Court has subject-matter jurisdiction over this action. Plaintiff requests that the Court remand this action to Orange County Superior Court. But this suit was filed in this Court in the first instance and not removed; therefore, it cannot be remanded. Accordingly, the Court dismisses the action without prejudice to refiling in state court.

    Initials of Deputy Clerk: mku